# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3781

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Southern |
| | * | District of Iowa. |
| Lekeebrion D. Jackson, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 3, 2011
Filed: June 13, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Lekeebrion Jackson appeals the sentence the district court[1] imposed after he pleaded guilty to (1) conspiracy to distribute cocaine base, cocaine, and marijuana, in violation of 21 U.S.C. §§ 846 and 841(b)(1); and (2) possession of firearms in furtherance of drug-trafficking crimes, in violation of 18 U.S.C. § 924. On appeal, counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), asserting claims of ineffective assistance of counsel.

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

We decline to consider Jackson's ineffective-assistance claims on direct appeal. See United States v. McAdory, 501 F.3d 868, 872 (8th Cir. 2007) (appellate court ordinarily defers ineffective-assistance claims to 28 U.S.C. § 2255 proceedings).

Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues that are appropriate for direct appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw, subject to counsel informing Jackson about procedures for seeking rehearing or filing a petition for certiorari.

_____